IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN DEAN                                                                          PLAINTIFF

VS.                              NO. 4:16cv-822-JM

JHANTHA SINGKHEK                                                                 DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that plaintiff Stephen Dean and defendant Jhantha Singkhek have settled and compromised their differences and upon motion of the plaintiff:

IT IS CONSIDERED, ORDERED, and ADJUDGED that the claims of plaintiff Stephen Dean against defendant Jhantha Singkhek are hereby dismissed with prejudice.

_____
U.S. DISTRICT JUDGE
1/10/2018
_____
DATE

APPROVED:

_____
Robert R. Cortinez
The Law Office of Robert R. Cortinez
P.O. Box 217
Little Rock, AR 72203
Attorney for Plaintiff

1549215-v1